2020-03378

3

Section 5

FILED
2020 APR 28  P 03:39
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.:                                                                                          DIVISION " "

DERICK PARKER

VERSUS

WAL-MART STORES, INC. AND XYZ INSURANCE COMPANY

FILED: _____       _____
                                                                    DEPUTY CLERK

### PETITION FOR DAMAGES

Now into Court through undersigned counsel comes Petitioners, Derick Parker, a person of the full age of majority, and resident of the Parish Orleans, State of Louisiana, who states as follows:

1.

Defendant, Wal-Mart Stores, Inc., is a foreign corporation authorized to do and doing business in the State of Louisiana and all times pertinent hereto was the owner of the Walmart Store No. 5022 located at 1901 Tchoupitoulas Street, New Orleans, Louisiana.

2.

Defendant, XYZ Insurance Company, is a foreign corporation authorized to do and doing business in the State of Louisiana and at all times pertinent hereto had in full force and effect a policy of liability insurance covering defendant, Wal-Mart Stores, Inc. for the risks hereinafter alleged.

3.

The incident hereinafter referred to occurred in the Parish of Orleans, State of Louisiana, within the territorial jurisdiction of this Honorable Court.

4.

On or about May 1, 2019, your petitioner was a patron at the store located at 1901 Tchoupitoulas Street in New Orleans. As he was entering the restroom he slipped and fell due to water on the floor that the defendant, Wal-Mart Store, Inc., knew or should have known of its existence, causing the injuries hereinafter more fully described.

5.

The foregoing incident was caused directly and proximately by the negligence of the defendant, Wal-Mart Stores, Inc., particularly, but not exclusively, in the following respects, to

VERIFIED
Yanley Salazar
2020 APR 29  P 03:39

E-Filed

EXHIBIT A

2020-03378

Section 5, wit:

A. Failure to provide safe environment for patrons;

B. Failure to warn of unsafe conditions;

C. Failure to properly maintain the premises;

D. Creating an unreasonably dangerous condition, to wit, a wet floor;

E. Failing to warn of the unreasonably dangerous condition;

F. Any and all other acts of negligence, which may be proven at the time of trial of this matter.

6.

As a result of the negligence of the defendant, Wal-Mart Stores, Inc., plaintiff was caused to suffer severe and grievous injury to body and mind.

7.

Plaintiff is entitled to recover damages for the injuries he sustained at the hands of the defendant, Wal-Mart Stores, Inc., including to, but not limited to:

A. Past, present and future medical expenses;

B. Past, present and future mental and physical pain and suffering; and

Residual disability

WHEREFORE, Petitioner prays that Defendants be served with this Petition for Damages as requested below, cited to appear and answer the same and that after due proceedings are had there be judgment herein in favor of Petitioner, Derick Parker, and against the Defendants, Walmart Stores Inc. and XYZ Insurance Company, jointly and in solido, in a sum to be determined by this Honorable Court together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings. Petitioner further prays for all general and equitable relief.

Respectfully submitted,

TIM L. FIELDS (Bar #: 24794)
Jonathan D Wasielewski (#32755)
Attorneys for Plaintiff
1750 St. Charles Ave. Suite CU 1
New Orleans, Louisiana 70130
(504) 864-0111 Fax (504) 864-0009

PLEASE SERVE
Wal-Mart Stores, Inc.
Through its agent for service and process
CT Corporation 5615 Corporate Boulevard, Suite 400 Baton Rouge, Louisiana 70808

E-Filed

EXHIBIT A

2020-03378

**3**

Section **5**
And

XYZ Insurance Company
(please hold service until the proper party is identified

FILED
2020 APR 28 P 03:39
CIVIL
DISTRICT COURT

A TRUE COPY

_Selina Ceilos_
DEPUTY CLERK CIVIL DISTRICT COURT.
PARISH OF ORLEANS
STATE OF LA

E-Filed

EXHIBIT A